# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CELESTE GREGSTON

VERSUS

CAT ENTERPRISES-ST. MARY,
L.L.C. AND HDI GLOBAL
SPECIALTY SE

NO.  2023 CW 0606

**SEPTEMBER 25, 2023**

---

In Re:    CAT  Enterprises-St.  Mary,  L.L.C.  and  HDI  Global
          Specialty  SE,  applying  for  supervisory  writs,  16th
          Judicial  District  Court,  Parish  of  St.  Mary,  No.
          135034.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                                   JMG
                                   WRC
                                   WIL

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
   FOR THE COURT